UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANNE DOWN,

          Plaintiff,                              Case No. 17-13456

v.                                            Honorable Nancy G. Edmunds

ANN ARBOR PUBLIC SCHOOLS,
CYNTHIA S. RYAN, AND DAVID COMSA,

          Defendants.

_____/

**JUDGMENT**

In accordance with the Court's opinion and order granting Defendants' motion for

summary judgment entered this date,

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of

Defendants, and this case is DISMISSED.

SO ORDERED.

                               s/Nancy G. Edmunds
                               Nancy G. Edmunds
                               United States District Judge

Dated: October 13, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record
on October 13, 2020, by electronic and/or ordinary mail.

                               s/Lisa Bartlett
                               Case Manager